**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>        **Plaintiff(s),**<br><br>    **vs.**<br><br>**BERTHA GONZALEZ** *et al.***,**<br><br>        **Defendant(s).** | **Case No.: 12-CV-05804 YGR**<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

After reviewing the parties' Joint Case Management Statement, the Court **VACATES** the Case Management Conference and **SETS** the following trial and pretrial dates:

**TRIAL AND PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR FOR MANDATORY SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE TO BE COMPLETED BY: | July 1, 2013 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | June 3, 2013 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: September 16, 2013<br>Rebuttal: September 30, 2013 |
| DISCOVERY CUTOFF (EXPERT AND NON-EXPERT): | October 15, 2013 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | November 19, 2013 |
| FIRST & SECOND COMPLIANCE HEARINGS (*See* PAGE 2) | Monday, December 16, 2013 at 3:00 p.m.<br>Friday, December 20 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, December 20, 2013 |
| PRETRIAL CONFERENCE: | Friday, January 10, 2014 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Wednesday, January 22, 2014 at 9:30 a.m.<br>One-Day Bench Trial |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The Court's Pretrial Instructions in Civil Cases have significant requirements, including various deadlines to prepare for trial.   At a minimum, trial counsel are required to make exchanges twenty-eight days in advance of the Pretrial Conference and to meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  However, in certain cases, more time may be necessary to prepare in light of the complexities of the case.

The First Compliance Hearing is intended to confirm that counsel understand the requirements of the Pretrial Instructions Order and to resolve any questions regarding the parties' obligations.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.  Five (5) business days prior to the date of the Compliance Hearing, the parties shall file a one-page JOINT STATEMENT AND PROPOSED ORDER (i) confirming that trial counsel has each read and understands the deadlines imposed under the Pretrial Order, (ii) identifying each deadline (either by default under the standing order or by stipulation) including, at a minimum, the deadlines listed on Attachment A, and (iii) identifying whether the tenor of the litigation has progressed in either a cooperative or contentious manner.  If the Court is satisfied with the Joint Statement, the compliance hearing may be taken off calendar.  If not, trial counsel must appear personally.

A Second Compliance Hearing is set to confirm that counsel have timely met and conferred as required by the Standing Pretrial Instructions Order and any specific such order for this action.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a Joint Statement confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a Joint Statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

IT IS SO ORDERED.

Dated: April 5, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California

2