**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **BERTHA GONZALEZ** *et al.*, <br><br> Defendant(s). | Case No.: 12-CV-05804 YGR <br><br> **ORDER DENYING AS MOOT MOTION TO STRIKE; VACATING MOTION HEARING; AND SETTING COMPLIANCE HEARING ON FILING OF AMENDED ANSWER** |

After reviewing the parties' Joint Case Management Statement, the Court understands that the parties have stipulated for Defendant to file an amended answer removing affirmative defenses. Therefore, the Motion to Strike Affirmative Defenses is **DENIED AS MOOT** (Dkt. No. 12) and the motion hearing set for April 9, 2013 is **VACATED**. Additionally, the Stipulation to Continue the hearing (Dkt. No. 16) is **DENIED AS MOOT**.

Defendant shall file an Amended Answer by no later than **April 29, 2013**.

A compliance hearing regarding the filing of an Amended Answer shall be held on **Friday, May 10, 2013** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5. If an amended answer has been filed, the compliance hearing will be taken off calendar. If an amended answer is not on file, then five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT setting forth an explanation the failure to file an amended complaint. Telephonic appearance will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

This Order Terminates Docket Numbers 12 & 16.

**IT IS SO ORDERED**.

Dated: April 5, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**